BEFORE THE SECOND DIVISION, JANUARY 31, 1963

No. 67396.—American Pecco Corp. *v.* United States, protests 62/12009 and 62/12005 (San Juan).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of form supports similar in all material respects to those the subject of *Universal Builders Supply Co., Inc.* v. *United States* (48 Cust. Ct. 99, C.D. 2319), the claim of the plaintiff was sustained.